# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1759

_____

KENYATTA T. ALLEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 17, 2025


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236, 1241 (Fla. 2004).

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kenyatta T. Allen, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.